UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE MARRERO**

---------------------------------------------------------------- x

HANESBRANDS INC. and HBI BRANDED
APPAREL ENTERPRISES, LLC,

                  Plaintiffs,

Civil Action No. **08 CV 0545**

- against -

METRO SPORTS INC. (d/b/a PLAYERS SPORTS,
d/b/a HOT DOT, d/b/a HIP HOP SPORTSWEAR);
HOT DOT FASHION, INC.; HIP HOP
SPORTSWEAR INC.; MICHAEL FASHIONS INC.
(d/b/a MICHAEL FASHION); LONDON BOY
SPORTSWEAR, LTD. (d/b/a LONDON BOY);
TRANDZ N.Y., CORP. (d/b/a OCTANE); OCTANE
NYC INC. (d/b/a OCTANE); FLASH SPORTS, INC.;
104TH ST. FASHION INC. (d/b/a 104 STREET
FASHIONS, d/b/a 104 FASHIONS); F.T.C. FASHION;
various JOHN and JANE DOES, and XYZ
COMPANIES (UNIDENTIFIED),

RULE 7.1 STATEMENTS



RECEIVED JAN 22 2008 U.S.D.C. S.D.N.Y. CASHIERS

                  Defendants.

---------------------------------------------------------------- x

### STATEMENT OF PLAINTIFFS HANESBRANDS INC. AND HBI BRANDED APPAREL ENTERPRISES, LLC PURSUANT TO RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs Hanesbrands Inc. and HBI Branded Apparel Enterprises, LLC, both non-governmental corporate parties, provides the following information:

    1.    Hanesbrands Inc. is a publicly held corporation, has no parent company, and no publicly held corporation owns more than 10% of the stock of Hanesbrands Inc.

2. HBI Branded Apparel Enterprises, LLC is a privately owned limited liability company which is a wholly-owned subsidiary of Hanesbrands Inc.

Dated: New York, New York  
January 22, 2008

MORGAN & FINNEGAN LLP

By: /s/  
Gerald A. Haddad  
Joseph Colin Foley  
Danielle Tully  
Three World Financial Center  
New York, New York 10281-2101  
Telephone: (212) 415-8700

*Of Counsel:*

WOMBLE CARLYLE SANDRIDGE &  
RICE, PLLC  
Michael E. Ray, *pro hac vice application pending*  
Jacob S. Wharton, *pro hac vice application pending*  
One West Fourth Street  
Winston Salem, North Carolina 27101  
Telephone: (336) 721-3600

*Attorneys for Plaintiffs Hanesbrands Inc. and HBI Branded Apparel Enterprises, Ltd.*