UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                       :

HANESBRANDS INC. and HBI BRANDED
APPAREL ENTERPRISES, LLC,
                       :

                 **Plaintiffs,**   :

         - against -          :   Civil Action No. 08-cv-0545 (VM)

METRO SPORTS INC. (d/b/a PLAYERS SPORTS, :
d/b/a HOT DOT, d/b/a HIP HOP SPORTSWEAR); :
HOT DOT FASHION, INC.; HIP HOP
SPORTSWEAR INC.; MICHAEL FASHIONS INC. :
(d/b/a MICHAEL FASHION); LONDON BOY        **MOTION TO ADMIT**
SPORTSWEAR, LTD. (d/b/a LONDON BOY); :  **JACOB S. WHARTON**
TRANDZ N.Y., CORP. (d/b/a OCTANE); OCTANE   **PRO HAC VICE**
NYC INC. (d/b/a OCTANE); FLASH SPORTS, INC.; :
104TH ST. FASHION INC. (d/b/a 104 STREET
FASHIONS, d/b/a 104 FASHIONS); F.T.C. FASHION; :
various JOHN and JANE DOES, and XYZ
COMPANIES (UNIDENTIFIED),          :

               **Defendants.**   :
------------------------------------------------------------------ x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Joseph Colin Foley, a member in good standing

of the bar of this court, hereby moves for an Order allowing the admission pro hac vice of

    Jacob S. Wharton
    Womble Carlyle Sandridge & Rice, PLLC
    One West Fourth Street
    Winston-Salem, NC 27101
    Telephone: 336-747-6609
    Facsimile: 336-726-6985
    jwharton@wcsr.com

Jacob S. Wharton is a member in good standing of the Bar of Missouri and his comity application in North Carolina is currently pending. A Certificate of Admission as an Attorney at Law from the Supreme Court of Missouri is filed herewith as Exhibit B to the affidavit of Joseph Colin Foley. There are no pending disciplinary proceedings against Jacob S. Wharton in any State or Federal court.


Dated: New York, New York          MORGAN & FINNEGAN LLP
       January 29, 2008
                                   By: _____
                                       Joseph Colin Foley
                                       Three World Financial Center
                                       New York, New York  10281-2101
                                       Telephone: (212) 415-8700

*Of Counsel:*

WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
Michael E. Ray
Jacob S. Wharton
One West Fourth Street
Winston Salem, North Carolina  27101
Telephone:  (336) 721-3600

                                   *Attorneys for Plaintiffs Hanesbrands Inc. and*
                                   *HBI Branded Apparel Enterprises, Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
                                                     :

HANESBRANDS INC. and HBI BRANDED     :
APPAREL ENTERPRISES, LLC,             :
                                                     :

                       **Plaintiffs,**         :

                                                     :

            - against -          :     Civil Action No. 08-cv-0545 (VM)

                                                   :

METRO SPORTS INC. (d/b/a PLAYERS SPORTS,   :
d/b/a HOT DOT, d/b/a HIP HOP SPORTSWEAR);   :
HOT DOT FASHION, INC.; HIP HOP           :
SPORTSWEAR INC.; MICHAEL FASHIONS INC.  :      **AFFIDAVIT OF**
(d/b/a MICHAEL FASHION); LONDON BOY     :   **JOSEPH COLIN FOLEY**
SPORTSWEAR, LTD. (d/b/a LONDON BOY);     :     **IN SUPPORT OF**
TRANDZ N.Y., CORP. (d/b/a OCTANE); OCTANE  :    **MOTION TO ADMIT**
NYC INC. (d/b/a OCTANE); FLASH SPORTS, INC.; :   **JACOB S. WHARTON**
104TH ST. FASHION INC. (d/b/a 104 STREET   :     **PRO HAC VICE**
FASHIONS, d/b/a 104 FASHIONS); F.T.C. FASHION; :
various JOHN and JANE DOES, and XYZ      :
COMPANIES (UNIDENTIFIED),             :
                                                   :

                    **Defendants.**      :
                                                   :
------------------------------------------------------------------- x

State of New York   )
                 )   ss:
County of New York )

Joseph Colin Foley, being duly sworn, hereby deposes and says as follows:

1.     I am counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Jacob S. Wharton as counsel pro hac vice to represent Plaintiff in this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Jacob S. Wharton since 2007.

4.    Jacob S. Wharton is an attorney with Womble Carlyle Sandridge & Rice, PLLC, in Winston-Salem, North Carolina.

5.    Mr. Wharton's application for admission to practice law in North Carolina by comity has recently been approved and Mr. Wharton is awaiting the North Carolina Bar to assign him his North Carolina Bar number.

6.    Mr. Wharton is licensed to practice law in Missouri.

7.    I have found Mr. Wharton to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

8.    Accordingly, I am pleased to move the admission of Jacob S. Wharton pro hac vice.

9.    I respectfully submit a proposed order granting the admission of Jacob S. Wharton, pro hac vice, which is attached hereto as Exhibit A.

10.    A Certificate of Admission as an Attorney at Law from the Supreme Court of Missouri is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Jacob S. Wharton, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: New York, New York
      January 29, 2008

MORGAN & FINNEGAN LLP

By: _____

    Joseph Colin Foley
    Three World Financial Center
    New York, New York  10281-2101
    Telephone: (212) 415-8700

*Of Counsel:*

WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
Michael E. Ray
Jacob S. Wharton
One West Fourth Street
Winston Salem, North Carolina  27101
Telephone:  (336) 721-3600

*Attorneys for Plaintiffs Hanesbrands Inc. and*
*HBI Branded Apparel Enterprises, Ltd.*

- 2 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                                                    :
HANESBRANDS INC. and HBI BRANDED                                    :
APPAREL ENTERPRISES, LLC,                                           :
                                                                    :
                                                                    :
                                        Plaintiffs,                 :
                                                                    :
                    - against -                                     :   Civil Action No. 08-cv-0545 (VM)
                                                                    :
METRO SPORTS INC. (d/b/a PLAYERS SPORTS,                            :
d/b/a HOT DOT, d/b/a HIP HOP SPORTSWEAR);                           :
HOT DOT FASHION, INC.; HIP HOP                                      :
SPORTSWEAR INC.; MICHAEL FASHIONS INC.                              :   ORDER FOR ADMISSION
(d/b/a MICHAEL FASHION); LONDON BOY                                 :   PRO HAC VICE IN
SPORTSWEAR, LTD. (d/b/a LONDON BOY);                                :   WRITTEN MOTION
TRANDZ N.Y., CORP. (d/b/a OCTANE); OCTANE                           :
NYC INC. (d/b/a OCTANE); FLASH SPORTS, INC.;                        :
104TH ST. FASHION INC. (d/b/a 104 STREET                            :
FASHIONS, d/b/a 104 FASHIONS); F.T.C. FASHION;                      :
various JOHN and JANE DOES, and XYZ                                 :
COMPANIES (UNIDENTIFIED),                                           :
                                                                    :
                                        Defendants.                 :
                                                                    :
------------------------------------------------------------------ x

Upon the motion of Joseph Colin Foley, attorney for Plaintiffs Hanesbrands Inc. and HBI

Branded Apparel Enterprises, LLC and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

        Jacob S. Wharton
        Womble Carlyle Sandridge & Rice, PLLC
        One West Fourth Street
        Winston-Salem, NC  27101
        Telephone:  336-747-6609
        Facsimile:  336-726-6985
        jwharton@wcsr.com

is admitted to practice pro hac vice as counsel for Plaintiffs Hanesbrands Inc. and HBI Branded

Apparel Enterprises, LLC in the above captioned case in the United States District Court for the

Southern District of New York.    All attorneys appearing before this Court are subject to the

Local Rules of this Court, including the Rules governing discipline of attorneys.    If this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at www.nysd.uscourts.gov.    Counsel shall forward the pro hac vice fee to the

Clerk of Court.


This the ___ day of _____ 2008.

                                        _____
                                             VICTOR MARRERO
                                        UNITED STATES DISTRICT JUDGE

# The Supreme Court of Missouri



## Certificate of Admission as an
## Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on April 18, 2001,

## *Jacob Steven Wharton*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 24th day of January, 2008.

Clerk of the Supreme Court of Missouri

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                       :

HANESBRANDS INC. and HBI BRANDED       :
APPAREL ENTERPRISES, LLC,            :
                                         :
                                         :   Civil Action No. 08-cv-0545 (VM)
                     Plaintiffs,        :
                                         :

         - against -                   :

METRO SPORTS INC. (d/b/a PLAYERS SPORTS,  :
d/b/a HOT DOT, d/b/a HIP HOP SPORTSWEAR);  :
HOT DOT FASHION, INC.; HIP HOP           :
SPORTSWEAR INC.; MICHAEL FASHIONS INC.  :
(d/b/a MICHAEL FASHION); LONDON BOY    :
SPORTSWEAR, LTD. (d/b/a LONDON BOY);   :
TRANDZ N.Y., CORP. (d/b/a OCTANE); OCTANE  :
NYC INC. (d/b/a OCTANE); FLASH SPORTS, INC.;  :
104TH ST. FASHION INC. (d/b/a 104 STREET   :
FASHIONS, d/b/a 104 FASHIONS); F.T.C. FASHION; :
various JOHN and JANE DOES, and XYZ      :
COMPANIES (UNIDENTIFIED),           :
                                         :
                     Defendants.      :
                                         :
------------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has this day caused a copy of the following documents

to be served by and hand on the Defendants at the locations set forth below:

     (1) Motion to Admit Jacob S. Wharton Pro Hac Vice

     (2) Affidavit of Joseph Colin Foley In Support of Motion to Admit Jacob S. Wharton Pro
Hac Vice

     (3) Certificate of Good Standing of Jacob S. Wharton

     (4) Order for Admission of Jacob S. Wharton Pro Hac Vice

1120946 v1

Metro Sports, Inc.
3542 Broadway
New York, NY 10031
(Signage = Hot Dot)

Metro Sports, Inc.
565 145th Street
New York, NY 10031
(No Signage)

Metro Sports, Inc.
2946 Third Avenue
Bronx, New York 10455
(Signage = Sportswear)

Metro Sports Inc.
45-13 Greenpoint Avenue
Sunnyside, NY 11104

F.T.C. Fashion
3663 Broadway
New York, NY 10031
(Signage = F.T.C. Fashion)

Michael Fashions, Inc.
2936 Third Avenue
Bronx, NY 10455
(Signage = Michael Fashion)

London Boy Sportswear, Ltd.
2908 Third Avenue
Bronx, NY 10455
(Signage = London Boy)

London Boy Sportswear, Ltd.
1027 Southern Blvd
Bronx, NY 10459

Trandz N.Y. Corp.
560 Melrose Avenue
Bronx, NY 10455
(Signage = Octane)

Octane N.Y. Corp.
560 Melrose Avenue
Bronx, NY 10455
(Signage = Octane)

Flash Sports, Inc.
16 West 125th Street
New York, NY 10027
(Signage = Flash Sports)

104th Street Fashion Inc.
1887 Third Avenue
New York, NY 10029


Dated: January 30, 2008

_____
Colin Foley

1120946 v1