UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
:
HANESBRANDS INC. and HBI BRANDED :
APPAREL ENTERPRISES, LLC, :
:
: Civil Action No. 08-cv-0545 (VM)
Plaintiffs, :
:
- against - :
:
METRO SPORTS (d/b/a PLAYERS SPORTS, d/b/a :
HOT DOT, d/b/a HIP HOP SPORTSWEAR); HOT :
DOT FASHION, INC.; HIP HOP SPORTSWEAR :
INC.; MICHAEL FASHIONS INC. (d/b/a MICHAEL :
FASHION); LONDON BOY SPORTSWEAR, LTD. :
(d/b/a LONDON BOY); TRANDZ N.Y., CORP. (d/b/a :
OCTANE); OCTANE NYC INC. (d/b/a OCTANE); :
FLASH SPORTS, INC.; 104TH ST. FASHION INC. :
(d/b/a 104 STREET FASHIONS, d/b/a 104 :
FASHIONS); F.T.C. FASHION; various JOHN and :
JANE DOES, and XYZ COMPANIES :
(UNIDENTIFIED), :
:
Defendants. :
:
---------------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the following documents were served on the

Defendants by ECF and by First Class Mail (on February 6, 2008) at the locations set forth

below:

> (1) Plaintiffs' Notice of Motion and Motion for a Temporary Restraining Order, Seizure
> Order, and Order to Show Cause Why a Preliminary Injunction Should Not Issue;
>
> (2) Memorandum In Support of Plaintiffs' Motion for a Temporary Restraining Order,
> Seizure Order, and Order to Show Cause Why a Preliminary Injunction Should Not Issue;
>
> (3) Affidavit of Jacob S. Wharton (Exs. A-H);
>
> (4) Affidavit of Richard Heller (Exs. A-O);

1122552 v1

(5) Affidavit of Manuel Martinez (Exs. A-J);

(6) Affidavit of Allen Ortiz;

(7) Affidavit of Raundy Melo;

(8) [Proposed] Order to Show Cause for a Temporary Restraining Order;

(9) [Proposed] Order to Show Cause On a Motion Why a Preliminary Injunction Should Not Issue; and

(10) [Proposed] Seizure Order;

>Metro Sports, Inc.
>3542 Broadway
>New York, NY 10031
>(Signage = Hot Dot)

>Metro Sports, Inc.
>565 145th Street
>New York, NY 10031
>(No Signage)

>Metro Sports, Inc.
>2946 Third Avenue
>Bronx, New York 10455
>(Signage = Sportswear)

>F.T.C. Fashion
>3663 Broadway
>New York, NY 10031
>(Signage = F.T.C. Fashion)

>Michael Fashions, Inc.
>2936 Third Avenue
>Bronx, NY 10455
>(Signage = Michael Fashion)

>London Boy Sportswear, Ltd.
>2908 Third Avenue
>Bronx, NY 10455
>(Signage = London Boy)

>London Boy Sportswear, Ltd.
>1027 Southern Blvd
>Bronx, NY 10459

1122552 v1

Trandz N.Y. Corp.
560 Melrose Avenue
Bronx, NY 10455
(Signage = Octane)

Octane N.Y. Corp.
560 Melrose Avenue
Bronx, NY 10455
(Signage = Octane)

Flash Sports, Inc.
16 West 125th Street
New York, NY 10027
(Signage = Flash Sports)

104th Street Fashion Inc.
1887 Third Avenue
New York, NY 10029


Dated: February 5, 2008                    /S/ Colin Foley_____
                                           Colin Foley

1122552 v1