**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**HANESBRANDS INC. and HBI BRANDED APPAREL ENTERPRISES, LLC,**

**Plaintiffs,**

**- against -**

**METRO SPORTS (d/b/a PLAYERS SPORTS, d/b/a HOT DOT, d/b/a HIP HOP SPORTSWEAR); HOT DOT FASHION, INC.; HIP HOP SPORTSWEAR INC.; MICHAEL FASHIONS INC. (d/b/a MICHAEL FASHION); LONDON BOY SPORTSWEAR, LTD. (d/b/a LONDON BOY); TRANDZ N.Y., CORP. (d/b/a OCTANE); OCTANE NYC INC. (d/b/a OCTANE); FLASH SPORTS, INC.; 104TH ST. FASHION INC. (d/b/a 104 STREET FASHIONS, d/b/a 104 FASHIONS); F.T.C. FASHION; various JOHN and JANE DOES, and XYZ COMPANIES (UNIDENTIFIED),**

**Defendants.**

---

**Civil Action No. 08-cv-0545 (VM)**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has caused a copy of the following documents to be served by ECF and by First Class Mail (February 6, 2008) on the Defendants at the locations set forth below:

(1) Plaintiffs' Notice of Motion and Motion for Expedited Discovery and Preservation of Evidence;

(2) Memorandum In Support of Plaintiffs' Motion for Expedited Discovery and Preservation of Evidence;

(3) [Proposed] Order for Expedited Discovery

(4) [Proposed] Preservation Order

Metro Sports, Inc.
3542 Broadway
New York, NY 10031
(Signage = Hot Dot)

Metro Sports, Inc.
565 145th Street
New York, NY 10031
(No Signage)

Metro Sports, Inc.
2946 Third Avenue
Bronx, New York 10455
(Signage = Sportswear)

F.T.C. Fashion
3663 Broadway
New York, NY 10031
(Signage = F.T.C. Fashion)

Michael Fashions, Inc.
2936 Third Avenue
Bronx, NY 10455
(Signage = Michael Fashion)

London Boy Sportswear, Ltd.
2908 Third Avenue
Bronx, NY 10455
(Signage = London Boy)

London Boy Sportswear, Ltd.
1027 Southern Blvd
Bronx, NY 10459

Trandz N.Y. Corp.
560 Melrose Avenue
Bronx, NY 10455
(Signage = Octane)

Octane N.Y. Corp.
560 Melrose Avenue
Bronx, NY 10455
(Signage = Octane)

Flash Sports, Inc.
16 West 125th Street
New York, NY 10027
(Signage = Flash Sports)

104th Street Fashion Inc.
1887 Third Avenue
New York, NY 10029

Dated: February 5, 2008

/S/ Colin Foley______
Colin Foley