**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------------ x
                                                                         :
HANESBRANDS INC. and HBI BRANDED                                         :
APPAREL ENTERPRISES, LLC,                                                :
                                                                         :  Civil Action No. 08-cv-0545 (VM)
                                                                         :
                                   Plaintiffs,                           :
                                                                         :
              - against -                                                :
                                                                         :
METRO SPORTS (d/b/a PLAYERS SPORTS, d/b/a                                :
HOT DOT, d/b/a HIP HOP SPORTSWEAR); HOT                                  :
DOT FASHION, INC.; HIP HOP SPORTSWEAR                                    :
INC.; MICHAEL FASHIONS INC. (d/b/a MICHAEL                               :
FASHION); LONDON BOY SPORTSWEAR, LTD.                                    :
(d/b/a LONDON BOY); TRANDZ N.Y., CORP. (d/b/a                            :
OCTANE); OCTANE NYC INC. (d/b/a OCTANE);                                 :
FLASH SPORTS, INC.; 104TH ST. FASHION INC.                               :
(d/b/a 104 STREET FASHIONS, d/b/a 104                                    :
FASHIONS); F.T.C. FASHION; various JOHN and                              :
JANE DOES, and XYZ COMPANIES                                             :
(UNIDENTIFIED),                                                          :
                                                                         :
                                   Defendants.                           :
                                                                         :
------------------------------------------------------------------------ x
```

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Hanesbrands Inc. ("Hanesbrands") and HBI Branded Apparel Enterprises, LLC ("HBI") (collectively "Plaintiffs"), provide notice that Metro Sports, Inc., a company with a Principal Executive Office as listed on the New York State, Department of State, Divisions of Corporations web site as Metro Sports Inc., 45-13 Greenpoint Avenue, Sunnyside, NY 11104 is hereby dismissed from this action.

Plaintiffs state that this notice is being filed before Metro Sports, Inc. or any defendant named in Plaintiffs' Complaint has served an answer or a motion for summary judgment.

| | |
|---|---|
| Dated: New York, New York<br>February 5, 2008 | MORGAN & FINNEGAN LLP<br><br>By:  /s/ Colin Foley<br>Gerald A. Haddad<br>Joseph Colin Foley<br>Danielle Tully<br>Three World Financial Center<br>New York, New York  10281-2101<br>Telephone: (212) 415-8700 |

*Of Counsel:*

WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
Michael E. Ray, *pro hac vice application pending*
Jacob S. Wharton, *pro hac vice application pending*
One West Fourth Street
Winston Salem, North Carolina  27101
Telephone:  (336) 721-3600

*Attorneys for Plaintiffs Hanesbrands Inc. and*
*HBI Branded Apparel Enterprises, Ltd.*

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that he has this day caused a copy of the following "Notice of Dismissal" to be served by ECF and First Class Mail (February 6, 2008) upon:

Metro Sports, Inc.
3542 Broadway
New York, NY 10031
(Signage = Hot Dot)

Metro Sports, Inc.
565 145th Street
New York, NY 10031
(No Signage)

Metro Sports, Inc.
2946 Third Avenue
Bronx, New York 10455
(Signage = Sportswear)

Metro Sports Inc.
45-13 Greenpoint Avenue
Sunnyside, NY 11104

F.T.C. Fashion
3663 Broadway
New York, NY 10031
(Signage = F.T.C. Fashion)

Michael Fashions, Inc.
2936 Third Avenue
Bronx, NY 10455
(Signage = Michael Fashion)

London Boy Sportswear, Ltd.
2908 Third Avenue
Bronx, NY 10455
(Signage = London Boy)

London Boy Sportswear, Ltd.
1027 Southern Blvd
Bronx, NY 10459

Trandz N.Y. Corp.
560 Melrose Avenue
Bronx, NY 10455

(Signage = Octane)

Octane N.Y. Corp.
560 Melrose Avenue
Bronx, NY 10455
(Signage = Octane)

Flash Sports, Inc.
16 West 125th Street
New York, NY 10027
(Signage = Flash Sports)

104th Street Fashion Inc.
1887 Third Avenue
New York, NY 10029

Dated: February 5, 2008             /S/ Colin Foley_____
                                    Colin Foley

4