UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
HANESBRANDS INC. and HBI BRANDED                              :
APPAREL ENTERPRISES, LLC,                                     :
                                                              :
                                            Plaintiffs,       :
                                                              :
                - against -                                   :   Civil Action No. 08-cv-0545 (VM)
                                                              :
METRO SPORTS INC. (d/b/a PLAYERS SPORTS,                      :
d/b/a HOT DOT, d/b/a HIP HOP SPORTSWEAR);                     :
HOT DOT FASHION, INC.; HIP HOP                                :
SPORTSWEAR INC.; MICHAEL FASHIONS INC.                        :
(d/b/a MICHAEL FASHION); LONDON BOY                           :   MOTION TO ADMIT
SPORTSWEAR, LTD. (d/b/a LONDON BOY);                          :   MICHAEL E. RAY
TRANDZ N.Y., CORP. (d/b/a OCTANE); OCTANE                     :   PRO HAC VICE
NYC INC. (d/b/a OCTANE); FLASH SPORTS, INC.;                  :
104TH ST. FASHION INC. (d/b/a 104 STREET                      :
FASHIONS, d/b/a 104 FASHIONS); F.T.C. FASHION;                :
various JOHN and JANE DOES, and XYZ                           :
COMPANIES (UNIDENTIFIED),                                     :
                                                              :
                                            Defendants.       :
                                                              :
------------------------------------------------------------- x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Joseph Colin Foley, a member in good standing

of the bar of this court, hereby moves for an Order allowing the admission pro hac vice of

    Michael E. Ray
    Womble Carlyle Sandridge & Rice, PLLC
    One West Fourth Street
    Winston-Salem, NC  27101
    Telephone: 336-721-3648
    Facsimile: 336-733-8312
    mray@wcsr.com

Michael E. Ray is a member in good standing of the Bar of the States of North Carolina and South Carolina. A certificate of good standing from the North Carolina State Bar is filed herewith as Exhibit B to the Affidavit of Joseph Colin Foley. There are no pending disciplinary proceedings against Michael E. Ray in any State or Federal court.

Dated: New York, New York
      January 29, 2008

MORGAN & FINNEGAN LLP

By: _____
Joseph Colin Foley
Three World Financial Center
New York, New York 10281-2101
Telephone: (212) 415-8700

*Of Counsel:*

WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
Michael E. Ray
Jacob S. Wharton
One West Fourth Street
Winston Salem, North Carolina 27101
Telephone: (336) 721-3600

*Attorneys for Plaintiffs Hanesbrands Inc. and
HBI Branded Apparel Enterprises, Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                                                   :
HANESBRANDS INC. and HBI BRANDED                                   :
APPAREL ENTERPRISES, LLC,                                          :
                                                                   :
                                                                   :
                                            Plaintiffs,            :
                                                                   :
                - against -                                        :  Civil Action No. 08-cv-0545 (VM)
                                                                   :
METRO SPORTS INC. (d/b/a PLAYERS SPORTS,                           :
d/b/a HOT DOT, d/b/a HIP HOP SPORTSWEAR);                          :
HOT DOT FASHION, INC.; HIP HOP                                     :
SPORTSWEAR INC.; MICHAEL FASHIONS INC.                             :     AFFIDAVIT OF
(d/b/a MICHAEL FASHION); LONDON BOY                                :  JOSEPH COLIN FOLEY
SPORTSWEAR, LTD. (d/b/a LONDON BOY);                               :  IN SUPPORT OF MOTION
TRANDZ N.Y., CORP. (d/b/a OCTANE); OCTANE                          :  TO ADMIT MICHAEL E. RAY
NYC INC. (d/b/a OCTANE); FLASH SPORTS, INC.;                       :      PRO HAC VICE
104TH ST. FASHION INC. (d/b/a 104 STREET                           :
FASHIONS, d/b/a 104 FASHIONS); F.T.C. FASHION;                     :
various JOHN and JANE DOES, and XYZ                                :
COMPANIES (UNIDENTIFIED),                                          :
                                                                   :
                                            Defendants.            :
                                                                   :
------------------------------------------------------------------ x

State of New York    )
                     )  ss:
County of New York   )


Joseph Colin Foley, being duly sworn, hereby deposes and says as follows:

1.  I am counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Michael E. Ray as counsel pro hac vice to represent Plaintiffs in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Michael E. Ray since 2007.

4.  Michael E. Ray is an attorney with Womble Carlyle Sandridge & Rice, PLLC, in Winston-Salem, North Carolina.

5.  I have found Mr. Ray to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Michael E. Ray pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Michael E. Ray, pro hac vice, which is attached hereto as Exhibit A.

8.  A certificate of good standing for Michael E. Ray from the North Carolina State Bar is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Michael E. Ray, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: New York, New York
       January 29, 2008

MORGAN & FINNEGAN LLP

By: _____
    Joseph Colin Foley
    Three World Financial Center
    New York, New York 10281-2101
    Telephone: (212) 415-8700

*Of Counsel:*

WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
Michael E. Ray
Jacob S. Wharton
One West Fourth Street
Winston Salem, North Carolina 27101
Telephone: (336) 721-3600

*Attorneys for Plaintiffs Hanesbrands Inc. and HBI Branded Apparel Enterprises, Ltd.*

- 2 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
:
HANESBRANDS INC. and HBI BRANDED :
APPAREL ENTERPRISES, LLC, :
:
:
  Plaintiffs, :
:
 - against -  : Civil Action No. 08-cv-0545 (VM)
:
METRO SPORTS INC. (d/b/a PLAYERS SPORTS, :
d/b/a HOT DOT, d/b/a HIP HOP SPORTSWEAR); :
HOT DOT FASHION, INC.; HIP HOP :
SPORTSWEAR INC.; MICHAEL FASHIONS INC. :
(d/b/a MICHAEL FASHION); LONDON BOY :
SPORTSWEAR, LTD. (d/b/a LONDON BOY); : ORDER FOR ADMISSION PRO
TRANDZ N.Y., CORP. (d/b/a OCTANE); OCTANE : HAC VICE ON WRITTEN
NYC INC. (d/b/a OCTANE); FLASH SPORTS, INC.; : MOTION
104TH ST. FASHION INC. (d/b/a 104 STREET :
FASHIONS, d/b/a 104 FASHIONS); F.T.C. FASHION; :
various JOHN and JANE DOES, and XYZ :
COMPANIES (UNIDENTIFIED), :
:
  Defendants. :
:
------------------------------------------------------------------ x

Upon the motion of Joseph Colin Foley, attorney for Plaintiffs Hanesbrands Inc. and HBI Branded Apparel Enterprises, LLC and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

    Michael E. Ray
    Womble Carlyle Sandridge & Rice, PLLC
    One West Fourth Street
    Winston-Salem, NC 27101
    Telephone: 336-721-3648
    Facsimile: 336-733-8312
    mray@wcsr.com

is admitted to practice pro hac vice as counsel for Plaintiffs Hanesbrands Inc. and HBI Branded Apparel Enterprises, LLC. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

This the ___ day of _____ 2008.

                                                      _____
                                                      VICTOR MARRERO
                                                      UNITED STATES DISTRICT JUDGE

# The North Carolina State Bar

I, L. Thomas Lunsford, II, Secretary of the North Carolina State Bar, do hereby certify that <u>Mr. Michael E. Ray   (8480)</u> is an active member of the North Carolina State Bar in good standing as of this date, and was duly licensed to practice law in this state on <u>August 19, 1978</u>.

I further certify that as of this date the above named attorney has not been subject to any public disciplinary action by the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this <u>25th</u> day of <u>January</u>, <u>2008</u>.

Sincerely,

*[signature]*

Secretary of the North Carolina State Bar

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
:
HANESBRANDS INC. and HBI BRANDED :
APPAREL ENTERPRISES, LLC, :
:
: Civil Action No. 08-cv-0545 (VM)
Plaintiffs, :
:
- against - :
:
METRO SPORTS INC. (d/b/a PLAYERS SPORTS, :
d/b/a HOT DOT, d/b/a HIP HOP SPORTSWEAR); :
HOT DOT FASHION, INC.; HIP HOP :
SPORTSWEAR INC.; MICHAEL FASHIONS INC. :
(d/b/a MICHAEL FASHION); LONDON BOY :
SPORTSWEAR, LTD. (d/b/a LONDON BOY); :
TRANDZ N.Y., CORP. (d/b/a OCTANE); OCTANE :
NYC INC. (d/b/a OCTANE); FLASH SPORTS, INC.; :
104TH ST. FASHION INC. (d/b/a 104 STREET :
FASHIONS, d/b/a 104 FASHIONS); F.T.C. FASHION; :
various JOHN and JANE DOES, and XYZ :
COMPANIES (UNIDENTIFIED), :
:
Defendants. :
:
------------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has this day caused a copy of the following documents to be served by and hand on the Defendants at the locations set forth below:

(1) Motion to Admit Michael E. Ray Pro Hac Vice

(2) Affidavit of Joseph Colin Foley In Support of Motion to Admit Michael E. Ray Pro Hac Vice

(3) Certificate of Good Standing of Michael E. Ray

(4) Order for Admission of Michael E. Ray Pro Hac Vice

1120656 v1

Metro Sports, Inc.
3542 Broadway
New York, NY 10031
(Signage = Hot Dot)

Metro Sports, Inc.
565 145th Street
New York, NY 10031
(No Signage)

Metro Sports, Inc.
2946 Third Avenue
Bronx, New York 10455
(Signage = Sportswear)

Metro Sports Inc.
45-13 Greenpoint Avenue
Sunnyside, NY 11104

F.T.C. Fashion
3663 Broadway
New York, NY 10031
(Signage = F.T.C. Fashion)

Michael Fashions, Inc.
2936 Third Avenue
Bronx, NY 10455
(Signage = Michael Fashion)

London Boy Sportswear, Ltd.
2908 Third Avenue
Bronx, NY 10455
(Signage = London Boy)

London Boy Sportswear, Ltd.
1027 Southern Blvd
Bronx, NY 10459

Trandz N.Y. Corp.
560 Melrose Avenue
Bronx, NY 10455
(Signage = Octane)

Octane N.Y. Corp.
560 Melrose Avenue
Bronx, NY 10455
(Signage = Octane)

Flash Sports, Inc.
16 West 125th Street
New York, NY 10027
(Signage = Flash Sports)

104th Street Fashion Inc.
1887 Third Avenue
New York, NY 10029

Dated: January 30, 2008

_____
Colin Foley

1120656 v1