AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

HANESBRANDS INC. and HBI BRANDED
APPAREL ENTERPRISES, LLC,

               Plaintiffs,

V.

METRO SPORTS INC. (d/b/a PLAYERS SPORTS,
d/b/a HOT DOT, d/b/a HIP HOP SPORTSWEAR);
HOT DOT FASHION, INC.; HIP HOP SPORTSWEAR INC.;
MICHAEL FASHIONS, INC. (d/b/a MICHAEL FASHION);
LONDON BOY SPORTSWEAR, LTD. (d/b/a LONDON BOY);
TRANDZ N.Y., CORP. (d/b/a OCTANE); OCTANE NYC INC.
(d/b/a OCTANE); FLASH SPORTS, INC.; 104TH ST. FASHION
INC. (d/b/a 104 STREET FASHIONS, d/b/a 104 FASHIONS);
F.T.C. FASHION; various JOHN and JANE DOES, and
XYZ COMPANIES (UNIDENTIFIED),

               Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CV-0545

TO: (Name and address of Defendant)

MICHAEL FASHIONS, INC.
2936 THIRD AVENUE
BRONX, NY 10455

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

COLIN FOLEY, ESQ.
MORGAN & FINNEGAN, L.L.P.
3 WORLD FINANCIAL CENTER, 20th FLOOR
NEW YORK, NY 10281-2101

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON            JAN 2 2 2008

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/30/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| WILLIAM PRYOR | Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: In STORE

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   MOHAMMED KHALID

    Name of person with whom the summons and complaint were left:   STORE Clerk

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/30/08
              Date              Signature of Server

227 W 29 St N.Y. NY 10001
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.