UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

HANESBRANDS INC. and HBI BRANDED
APPAREL ENTERPRISES, LLC,

                                    Plaintiffs,

- against -

METRO SPORTS INC. (d/b/a PLAYERS SPORTS,
d/b/a HOT DOT, d/b/a HIP HOP SPORTSWEAR);
HOT DOT FASHION, INC.; HIP HOP
SPORTSWEAR INC.; MICHAEL FASHIONS INC.
(d/b/a MICHAEL FASHION); LONDON BOY
SPORTSWEAR, LTD. (d/b/a LONDON BOY);
TRANDZ N.Y., CORP. (d/b/a OCTANE); OCTANE
NYC INC. (d/b/a OCTANE); FLASH SPORTS, INC.;
104TH ST. FASHION INC. (d/b/a 104 STREET
FASHIONS, d/b/a 104 FASHIONS); F.T.C. FASHION;
various JOHN and JANE DOES, and XYZ
COMPANIES (UNIDENTIFIED),

                                    Defendants.

------------------------------------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-08

Civil Action No. 08-cv-0545 (VM)

ORDER FOR ADMISSION PRO
HAC VICE ON WRITTEN
MOTION

Upon the motion of Joseph Colin Foley, attorney for Plaintiffs Hanesbrands Inc. and HBI Branded Apparel Enterprises, LLC and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

    Michael E. Ray
    Womble Carlyle Sandridge & Rice, PLLC
    One West Fourth Street
    Winston-Salem, NC 27101
    Telephone: 336-721-3648
    Facsimile: 336-733-8312
    mray@wcsr.com

is admitted to practice pro hac vice as counsel for Plaintiffs Hanesbrands Inc. and HBI Branded Apparel Enterprises, LLC. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

This the 13th day of February 2008.

---
VICTOR MARRERO
UNITED STATES DISTRICT JUDGE