```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-15-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x
:
HANESBRANDS INC. and HBI BRANDED              :
APPAREL ENTERPRISES, LLC,                     :
                                              :
                                              :
                    Plaintiffs,               :
                                              :
         - against -                          :   Civil Action No. 08-cv-0545 (VM)
                                              :
METRO SPORTS INC. (d/b/a PLAYERS SPORTS,      :
d/b/a HOT DOT, d/b/a HIP HOP SPORTSWEAR);     :
HOT DOT FASHION, INC.; HIP HOP                :
SPORTSWEAR INC.; MICHAEL FASHIONS INC.        :   ORDER FOR ADMISSION
(d/b/a MICHAEL FASHION); LONDON BOY           :   PRO HAC VICE IN
SPORTSWEAR, LTD. (d/b/a LONDON BOY);          :   WRITTEN MOTION
TRANDZ N.Y., CORP. (d/b/a OCTANE); OCTANE     :
NYC INC. (d/b/a OCTANE); FLASH SPORTS, INC.;  :
104TH ST. FASHION INC. (d/b/a 104 STREET      :
FASHIONS, d/b/a 104 FASHIONS); F.T.C. FASHION;:
various JOHN and JANE DOES, and XYZ           :
COMPANIES (UNIDENTIFIED),                     :
                                              :
                    Defendants.               :
                                              :
-------------------------------------------------------------------- x

Upon the motion of Joseph Colin Foley, attorney for Plaintiffs Hanesbrands Inc. and HBI Branded Apparel Enterprises, LLC and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

    Jacob S. Wharton
    Womble Carlyle Sandridge & Rice, PLLC
    One West Fourth Street
    Winston-Salem, NC 27101
    Telephone: 336-747-6609
    Facsimile: 336-726-6985
    jwharton@wcsr.com

is admitted to practice pro hac vice as counsel for Plaintiffs Hanesbrands Inc. and HBI Branded Apparel Enterprises, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

This the 15th day of February 2008.

_____
VICTOR MARRERO
UNITED STATES DISTRICT JUDGE