AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

HANESBRANDS INC. and HBI BRANDED
APPAREL ENTERPRISES, LLC,

                          Plaintiffs,

V.

METRO SPORTS INC. (d/b/a PLAYERS SPORTS,
d/b/a HOT DOT, d/b/a HIP HOP SPORTSWEAR);
HOT DOT FASHION, INC.; HIP HOP SPORTSWEAR INC.;
MICHAEL FASHIONS, INC. (d/b/a MICHAEL FASHION);
LONDON BOY SPORTSWEAR, LTD. (d/b/a LONDON BOY);
TRANDZ N.Y., CORP. (d/b/a OCTANE); OCTANE NYC INC.
(d/b/a OCTANE); FLASH SPORTS, INC.; 104TH ST. FASHION
INC. (d/b/a 104 STREET FASHIONS, d/b/a 104 FASHIONS);
F.T.C. FASHION; various JOHN and JANE DOES, and
XYZ COMPANIES (UNIDENTIFIED),

                          Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CV-0545

TO: (Name and address of Defendant)

LONDON BOY SPORTSWEAR, LTD.
2908 THIRD AVENUE
BRONX, NY 10455

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

COLIN FOLEY, ESQ.
MORGAN & FINNEGAN, L.L.P.
3 WORLD FINANCIAL CENTER, 20th FLOOR
NEW YORK, NY 10281-2101

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _[signature]_

DATE  JAN 2 2 2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 1/30/08 |
| NAME OF SERVER (PRINT) William Pryon | TITLE Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: In Store

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Omillo Cahl

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/30/08
_____
Date            Signature of Server

227 W 29st NY NY 10001
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

HANESBRANDS INC. and HBI BRANDED
APPAREL ENTERPRISES, LLC,

Plaintiffs,

V.

METRO SPORTS INC. (d/b/a PLAYERS SPORTS,
d/b/a HOT DOT, d/b/a HIP HOP SPORTSWEAR);
HOT DOT FASHION, INC.; HIP HOP SPORTSWEAR INC.;
MICHAEL FASHIONS, INC. (d/b/a MICHAEL FASHION);
LONDON BOY SPORTSWEAR, LTD. (d/b/a LONDON BOY);
TRANDZ N.Y., CORP. (d/b/a OCTANE); OCTANE NYC INC.
(d/b/a OCTANE); FLASH SPORTS, INC.; 104TH ST. FASHION
INC. (d/b/a 104 STREET FASHIONS, d/b/a 104 FASHIONS);
F.T.C. FASHION; various JOHN and JANE DOES, and
XYZ COMPANIES (UNIDENTIFIED),

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CV-0545

TO: (Name and address of Defendant)

London Boy Sportswear, Ltd.
1027 Southern Blvd.
Bronx, New York 10459

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

COLIN FOLEY, ESQ.
MORGAN & FINNEGAN, L.L.P.
3 WORLD FINANCIAL CENTER, 20th FLOOR
NEW YORK, NY 10281-2101

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JAN 2 2 2008

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | JANUARY 23, 2008 |
| NAME OF SERVER *(PRINT)* COLIN FOLEY | TITLE | ATTORNEY |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: In Store

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Angelo Khan (Manager of Store)

☐ Returned unexecuted:

☒ Other (specify): REGISTERED MAIL

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ~~JANUARY 23, 2008~~ 1/30
_____
Date                          Signature of Server

3 WORLD FINANCIAL CENTER, NY, NY 10281
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.