```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
HANESBRANDS, INC., et al.,          :
                                    :   08 Civ. 545 (VM)
            Plaintiffs,             :
                                    :
    -against-                       :   ORDER
                                    :
METRO SPORTS INC., et al.,          :
                                    :
            Defendants.             :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that service of process was made on various defendants herein on February 11, 2008 and that the answer to the complaint was due by within twenty days thereof. The Court's public file for this case contains no record that such answer has been made. Accordingly, it is hereby

**ORDERED** that plaintiffs herein are directed to inform the Court by April 15, 2008 of the status of this matter and plaintiffs' contemplation with respect to further proceedings in this case. In the event no timely response to this Order is submitted the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated: New York, New York
       9 April 2008

_/s/ Victor Marrero_
VICTOR MARRERO
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-08