**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------ x
                                                                   :
HANESBRANDS INC. and HBI BRANDED                                   :
APPAREL ENTERPRISES, LLC,                                          :
                                                                   :
                                                                   :
                       Plaintiffs,                                 :
                                                                   :
         - against -                                               :   Civil Action No. 08-cv-0545 (VM)
                                                                   :
METRO SPORTS (d/b/a PLAYERS SPORTS, d/b/a                          :
HOT DOT, d/b/a HIP HOP SPORTSWEAR); HOT                            :
DOT FASHION, INC.; HIP HOP SPORTSWEAR                              :
INC.; MICHAEL FASHIONS INC. (d/b/a                                 :
MICHAEL FASHION); LONDON BOY                                       :
SPORTSWEAR, LTD. (d/b/a LONDON BOY);                               :
TRANDZ N.Y., CORP. (d/b/a OCTANE); OCTANE                          :
NYC INC. (d/b/a OCTANE); FLASH SPORTS,                             :
INC.; 104TH ST. FASHION INC. (d/b/a 104                            :
STREET FASHIONS, d/b/a 104 FASHIONS); F.T.C.                       :
FASHION; various JOHN and JANE DOES, and                           :
XYZ COMPANIES (UNIDENTIFIED),                                      :
                                                                   :
                       Defendants.                                 :
------------------------------------------------------------------ x
```

**PLAINTIFFS' NOTICE OF MOTION FOR DEFAULT JUDGMENT**

Plaintiffs Hanesbrands, Inc. and HBI Branded Apparel Enterprises, LLC (collectively "Plaintiffs"), hereby provides notice that it has caused to be filed a Motion for Default Judgment, Memorandum in Support, and Proposed Default Judgment, along with the Affidavit of Jacob Steven Wharton. Copies of said documents were mailed to the last known mailing address of defendants as set forth in the Certificate of Service below.

Dated: New York, New York　　　　　　MORGAN & FINNEGAN LLP
　　　　April 21, 2008

By:　/s/ Jacob S. Wharton
　　　Gerald A. Haddad
　　　Joseph Colin Foley
　　　Danielle Tully
　　　Three World Financial Center
　　　New York, New York  10281-2101
　　　Telephone: (212) 415-8700

*Of Counsel:*

WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
Michael E. Ray, *pro hac vice*
Jacob S. Wharton, *pro hac vice*
One West Fourth Street
Winston Salem, North Carolina  27101
Telephone:  (336) 721-3600

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Hanesbrands Inc. and*
　　　　　　　　　　　　　　　　　　*HBI Branded Apparel Enterprises, Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has this day caused a copy of the foregoing NOTICE OF MOTION OF DEFAULT JUDGMENT to be served by ECF and First Class Mail upon the Defendants at the locations set forth below:

| | |
|---|---|
| Metro Sports, Inc.<br>3542 Broadway<br>New York, NY 10031<br>(Signage = Hot Dot) | London Boy Sportswear, Ltd.<br>2908 Third Avenue<br>Bronx, NY 10455<br>(Signage = London Boy) |
| Metro Sports, Inc.<br>565 145th Street<br>New York, NY 10031<br>(No Signage) | London Boy Sportswear, Ltd.<br>1027 Southern Blvd<br>Bronx, NY 10459 |
| Metro Sports, Inc.<br>2946 Third Avenue<br>Bronx, New York 10455<br>(Signage = Sportswear) | 104th Street Fashion Inc.<br>1887 Third Avenue<br>New York, NY 10029 |
| F.T.C. Fashion<br>3663 Broadway<br>New York, NY 10031<br>(Signage = F.T.C. Fashion) | Trandz N.Y. Corp.<br>560 Melrose Avenue<br>Bronx, NY 10455<br>(Signage = Octane) |
| Michael Fashions, Inc.<br>2936 Third Avenue<br>Bronx, NY 10455<br>(Signage = Michael Fashion) | Octane N.Y. Corp.<br>560 Melrose Avenue<br>Bronx, NY 10455<br>(Signage = Octane) |
| Flash Sports, Inc.<br>16 West 125th Street<br>New York, NY 10027<br>(Signage = Flash Sports) | |

Dated: April 21, 2008                    /s/  Jacob Steven Wharton
                                           Jacob Steven Wharton