**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
:
**HANESBRANDS INC. and HBI BRANDED** :
**APPAREL ENTERPRISES, LLC,** :
:
:
:
**Plaintiffs,** :
:
- against -   :   Civil Action No. 08-cv-0545 (VM)
:
**METRO SPORTS (d/b/a PLAYERS SPORTS, d/b/a** :
**HOT DOT, d/b/a HIP HOP SPORTSWEAR); HOT** :
**DOT FASHION, INC.; HIP HOP SPORTSWEAR** :
**INC.; MICHAEL FASHIONS INC. (d/b/a** :
**MICHAEL FASHION); LONDON BOY** :
**SPORTSWEAR, LTD. (d/b/a LONDON BOY);** :
**TRANDZ N.Y., CORP. (d/b/a OCTANE); OCTANE** :
**NYC INC. (d/b/a OCTANE); FLASH SPORTS,** :
**INC.; 104TH ST. FASHION INC. (d/b/a 104** :
**STREET FASHIONS, d/b/a 104 FASHIONS); F.T.C.** :
**FASHION; various JOHN and JANE DOES, and** :
**XYZ COMPANIES (UNIDENTIFIED),** :
:
**Defendants.** :
---------------------------------------------------------------------- x

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Pursuant to Federal Rule of Civil Procedure 55(b)(2) and this Court's Individual Practices, Plaintiffs Hanesbrands, Inc. and HBI Branded Apparel Enterprises, LLC (collectively "Plaintiffs"), hereby moves this Court for a default judgment against all remaining Defendants. In support of this Motion, Plaintiffs submit herewith a Memorandum in Support, the Affidavit of Jacob Steven Wharton, and a Proposed Default Judgment and state:

1.  Plaintiffs commenced this action on January 22, 2008 with the filing of a Summons and Complaint.

2.	All defendants were personally and properly served with copies of the Summons and Complaint on or about January 30, 2008.  Receipt was acknowledged by defendants' employees.

3.	Proof of service was filed February 11 and February 28, 2008.

3.	More than 20 days have elapsed since the date on which defendants were served with the Complaint and Summons.  The deadline for defendants to answer or otherwise plead was February 19, 2008.

4.	The defendants failed to appear in the action and failed to serve an answer or otherwise plead in response to the Summons and Complaint.

5.	Plaintiffs obtained a Certificate of Default from the Clerk's Office on March 25, 2008.  A copy of the Certificate of Default is filed concurrent herewith as Exhibit D to the Affidavit of Jacob Steven Wharton

6.	Plaintiffs are entitled to the relief sought in the Complaint and attorneys' fees and costs as set forth in the in the supporting affidavit.

7.	A Notice of Motion was sent via first class mail to all remaining defendants at their last known mailing address.

WHEREFORE, Plaintiffs respectfully request that the Court enter default judgment against the remaining defendants as to all relief sought in Plaintiffs' Complaint and award Plaintiffs' their attorneys' fees and costs.

Dated: New York, New York　　　　　　　MORGAN & FINNEGAN LLP
　　　　April 21, 2008

　　　　　　　　　　　　　　　　　　　　By:  /s/ Jacob S. Wharton
　　　　　　　　　　　　　　　　　　　　　　Gerald A. Haddad
　　　　　　　　　　　　　　　　　　　　　　Joseph Colin Foley
　　　　　　　　　　　　　　　　　　　　　　Danielle Tully
　　　　　　　　　　　　　　　　　　　　　　Three World Financial Center
　　　　　　　　　　　　　　　　　　　　　　New York, New York  10281-2101
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 415-8700

*Of Counsel:*

WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
Michael E. Ray, *pro hac vice*
Jacob S. Wharton, *pro hac vice*
One West Fourth Street
Winston Salem, North Carolina  27101
Telephone:  (336) 721-3600

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Hanesbrands Inc. and*
　　　　　　　　　　　　　　　　　　　　*HBI Branded Apparel Enterprises, Ltd.*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has this day caused a copy of the foregoing PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT to be served by ECF and First Class Mail upon the Defendants at the locations set forth below:

Metro Sports, Inc.
3542 Broadway
New York, NY 10031
(Signage = Hot Dot)

London Boy Sportswear, Ltd.
2908 Third Avenue
Bronx, NY 10455
(Signage = London Boy)

Metro Sports, Inc.
565 145th Street
New York, NY 10031
(No Signage)

London Boy Sportswear, Ltd.
1027 Southern Blvd
Bronx, NY 10459

Metro Sports, Inc.
2946 Third Avenue
Bronx, New York 10455
(Signage = Sportswear)

104th Street Fashion Inc.
1887 Third Avenue
New York, NY 10029

F.T.C. Fashion
3663 Broadway
New York, NY 10031
(Signage = F.T.C. Fashion)

Trandz N.Y. Corp.
560 Melrose Avenue
Bronx, NY 10455
(Signage = Octane)

Michael Fashions, Inc.
2936 Third Avenue
Bronx, NY 10455
(Signage = Michael Fashion)

Octane N.Y. Corp.
560 Melrose Avenue
Bronx, NY 10455
(Signage = Octane)

Flash Sports, Inc.
16 West 125th Street
New York, NY 10027
(Signage = Flash Sports)

Dated: April 21, 2008

/s/ Jacob Steven Wharton
Jacob Steven Wharton